THE TONAWANDA VALLEY AND CUBA RAILROAD COMPANY et al., Respondents, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

This case was argued and decided with *B., E. & C. R. R. Co.* v. *N. Y., L. E. & W. R. R. Co.,* ante, page 316.

---

MARIA K. PHELPS, Appellant, v. THOMAS McCANN et al., Respondents.

(Submitted October 7, 1890; decided October 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 21, 1889, which affirmed a judgment in favor of defendants entered upon a verdict.

*Wm. Witherstine* for appellant.

*L. B. Pike* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.